# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEEGRID CORPORATION,[1] | Case No. 14-12391 (BLS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## FIRST-DAY HEARING ON OCTOBER 22, 2014 AT 12:00 NOON (EASTERN TIME)[2]

**PETITION**

1. Seegrid Corporation (D.I. 1, Filed 10/21/14).

**FIRST-DAY DECLARATION**

2. Declaration of David Heilman in Support of Debtor's Voluntary Chapter 11 Petition and First Day Motions (D.I. 3, Filed 10/21/14).

**FIRST-DAY PLEADINGS**

3. Application of Debtor for an Order Authorizing the Retention and Appointment of Logan & Company, Inc. as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(e), 11 U.S.C. § 105(a), Bankruptcy Rule 2002, and Local Rule 2002-1(f) Effective *Nunc Pro Tunc* to the Petition Date (D.I. 4, Filed 10/21/14).

   Status:   This matter is going forward.

4. Emergency Motion of the Debtor for an Order Under 11 U.S.C. §§ 105, 345 and 363 Authorizing and Approving Continued Use of Existing Cash Management System, Maintenance of Existing Bank Accounts, Continued Use of Existing Business Forms, and Extension of Time to Comply with Section 345 and Related Relief (D.I. 5, Filed 10/21/14).

   Status:   This matter is going forward.

5. Emergency Motion of the Debtor for an Order Under 11 U.S.C. §§ 105, 363(b), and 507(a) Authorizing (A) Payment of Prepetition Wages, Salaries, and Related Payroll Taxes or Withholdings, (B) Payment of Prepetition Contributions for Employee Benefit Plans, (C) Reimbursement of Prepetition Employee Business Expenses, and (D) Continuation of Employee Benefit Plans and Programs Postpetition (D.I. 6, Filed 10/21/14).

   Status:   This matter is going forward.

---

[1] The last four digits of the Debtor's tax payer identification number are: 1133.  The Debtor's address is 216 Park West Drive, Pittsburgh, PA 15275.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

6. Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtor to Honor Certain Obligations to Customers; (II) to Continue Prepetition Customer Practices in the Ordinary Course of Business and (III) Granting Related Relief (D.I. 7, Filed 10/21/14).

    Status:  This matter is going forward.

7. Emergency Motion of the Debtors for Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment (D.I. 8, Filed 10/21/14).

    Status:  This matter is going forward.

8. Debtor's Motion for Entry of an Order (A) Scheduling a Combined Hearing on Debtor's Disclosure Statement and Plan Confirmation, (B) Establishing an Objection Deadline and Procedures for Objecting to the Disclosure Statement, Plan and Assumption of Executory Contracts and Unexpired Leases, (C) Approving Solicitation Procedures, (D) Approving the Form and Notice of the Combined Hearing, (E) Waiving the Requirement for a Meeting of Creditors and (F) Granting Related Relief (D.I. 9, Filed 10/21/14).

    Related Pleadings:

    (a) Prepackaged Plan of Reorganization of Seegrid Corporation Under Chapter 11 of the Bankruptcy Code (D.I. 10, Filed 10/21/14);

    (b) Disclosure Statement for Prepackaged Plan of Reorganization of Seegrid Corporation Pursuant to Chapter 11 of the United States Bankruptcy Code (D.I. 11, Filed 10/21/14); and

    (c) Declaration of Kathleen M. Logan Certifying Voting on, and Tabulation of, Ballots Accepting and Rejecting Prepackaged Plan of Reorganization for Seegrid Corporation (D.I. 12, Filed 10/21/14).

    Status:  This matter is going forward.

9. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code (IV) Granting Liens and Superpriority Claims (V) Modifying the Automatic Stay and (VI Scheduling a Final Hearing (D.I. 13, Filed 10/21/14).

    Status:  This matter is going forward.

-3-

Dated:  October 21, 2014
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Robert J. Dehney (Bar No. 3578)
Curtis S. Miller (Bar No. 4583)
Daniel B. Butz (Bar No. 4227)
1201 North Market Street
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email: rdehney@mnat.com
       cmiller@mnat.com
       dbutz@mnat.com

*Proposed Counsel for Debtor
and Debtor in Possession*

8609140.1