IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEEGRID CORPORATION,[1] | Case No. 14-12391 (BLS) |
| Debtor. | Hearing Date: December 10, 2014 at 9:00 a.m. (ET) |
| | Objection Deadline: November 21, 2014 at 4:00 p.m. (ET) |

## NOTICE OF HEARING RE: D.I. 13 AND 28

PLEASE TAKE NOTICE that on October 21, 2014, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code (IV) Granting Liens and Superpriority Claims (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing** (D.I. 13) (the "Motion").

PLEASE TAKE FURTHER NOTICE that, on October 22, 2014, the Bankruptcy Court entered the **Interim Financing Order (I) (A) Regarding Postpetition Financing; (B) Use of Cash Collateral; (C) Superpriority Liens and Claims; and (D) Adequate Protection; and (II) Scheduling and Establishing Deadlines Relating to a Final Hearing on Such Matters** (D.I. 28) (the "Interim Order").

PLEASE TAKE FURTHER NOTICE that objections, if any, to final approval of the Interim Order must (a) be in writing and served on or before **November 21, 2014, at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) be served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 10, 2014, 9:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY

---

[1] The last four digits of the Debtor's tax payer identification number are: 1133. The Debtor's address is 216 Park West Drive, Pittsburgh, PA 15275.

COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 24, 2014
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Robert J. Dehney (Bar No. 3578)
Curtis S. Miller (Bar No. 4583)
Daniel B. Butz (Bar No. 4227)
1201 North Market Street
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
cmiller@mnat.com
dbutz@mnat.com

*Proposed Counsel for Debtor
and Debtor in Possession*

8617028.1