**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Seegrid Corporation,<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-12391 (BLS) |

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO:  THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by Roberta A. DeAngelis, the United States Trustee for Region 3, in the above-captioned case.

**ROBERTA A. DeANGELIS,**
**UNITED STATES TRUSTEE REGION THREE**

 /s/ *Tiiara N. A. Patton, for*
T. Patrick Tinker
Assistant United States Trustee

DATED:  November 12, 2014