IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEEGRID CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-12391 (BLS) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY  )
                     ) ss.
COUNTY OF ESSEX      )

I, Kathleen M. Logan, hereby certify:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Balloting Agent for the above-captioned Debtor.

3. On October 3, 2014 I caused copies of the following:

   - **Debtor's Solicitation Letter**;
   - **Ballot and Voting Instructions for Class 2-B – Other General Unsecured Claims**;
   - **pre-addressed return envelope**; and
   - **Disclosure Statement for Prepackaged Plan of Reorganization of Seegrid Corporation Pursuant to Chapter 11 of the United States Bankruptcy Code; Exhibit A – Prepackaged Plan of Reorganization; Exhibit B – Feasibility Analysis; Exhibit C – Liquidation Analysis** [Dkt. No. 10 and 11]

to be served via overnight mail or U.S. express mail, postage-prepaid upon the parties listed on the Service List attached hereto as Exhibit A. The Debtor's Solicitation Letter, Ballot and Voting Instructions are attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_/s/ Kathleen M. Logan_
Kathleen M. Logan

Sworn to before me this
16th day of December 2014

_/s/ Sylwia Grabowski_
Notary Public

SYLWIA GRABOWSKI
Commission # 2447225
Notary Public, State of New Jersey
My Commission Expires
June 17, 2019

---

[1] The last four digits of the Debtor's tax payer identification number are: 1133. The Debtor's address is 216 Park West Drive, Pittsburgh, PA 15275.

SEE_AB

EXHIBIT A
SERVICE LIST

SEE_AB

**EXHIBIT A SERVICE LIST**
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

**DEBTOR: SEEGRID CORPORATION**                                      **CASE NO: 14-12391 (BLS)**

| **Via Overnight Mail** | **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 319-98 | Creditor ID: 320-25 | Creditor ID: 321-25 |
| ADCOM WORLDWIDE | ADVANCED CIRCUITS | ADVANCED INDUSTRIAL |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| 18339-D OLD STATESVILLE ROAD | 21101 E 32ND PARKWAY | 18339-D OLD STATESVILLE ROAD |
| CORNELIUS NC 28031 | AURORA CO 80011 | CORNELIUS NC 28031 |

| **Via Overnight Mail** | **Via Overnight Mail** | **Via U.S. Express Mail** |
|---|---|---|
| Creditor ID: 322-25 | Creditor ID: 323-25 | Creditor ID: 324-98 |
| ADVANCED MOTION CONTROLS | ADVANTECH | AETNA LIFE INSURANCE COMPANY |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| 3805 CALLE TACATE | 380 FAIRVIEW WAY | PO BOX 7247-0213 |
| CAMARILLO CA 93012 | MILPITAS CA 95035 | PHILADELPHIA PA 19170-0213 |

| **Via Overnight Mail** | **Via U.S. Express Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 325-25 | Creditor ID: 326-25 | Creditor ID: 327-25 |
| ALLEGHENY METAL FINISHING | ALL-WEST COMPONENTS & FASTENERS INC | ALTIUM INC |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| 8150 STEUBENVILLE PIKE | PO BOX 80747 | 2175 SALK AVENUE |
| IMPERIAL PA 15126 | SEATTLE WA 98108-0747 | CARLSBAD CA 92008 |

| **Via Overnight Mail** | **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 328-25 | Creditor ID: 330-25 | Creditor ID: 331-25 |
| AMERICAN PORTWELL TECHNOLOGY | ARROW ELECTRONICS | ASTLEY PRECISION |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| 44200 CHRISTY STREET | 13469 COLLECTIONS CENTER DRIVE | 160 SOUTH THOMPSON LANE |
| FREMONT CA 94538 | CHICAGO IL 60693-0134 | IRWIN PA 15642 |

| **Via U.S. Express Mail** | **Via U.S. Express Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 332-25 | Creditor ID: 333-25 | Creditor ID: 334-25 |
| AT&T TELECONFERENCE SERVICES | AUTOMATIONDIRECT.COM | AXIS BUSINESS CONSULTANTS LLC |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| PO BOX 2840 | PO BOX 402417 | 1810 PARKWAY VIEW DRIVE |
| OMAHA NE 68103-2840 | ATLANTA GA 30384-2417 | PITTSBURGH PA 15205 |

| **Via Overnight Mail** | **Via U.S. Express Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 335-25 | Creditor ID: 336-25 | Creditor ID: 337-96 |
| BENTLEY WORLD PACKAGING | BLACK BOX | BUCHANAN INGERSOLL & ROONEY |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| 3501 GRAND AVENUE | PO BOX 371671 | ONE OXFORD CENTRE, 20TH FLOOR |
| PITTSBURGH PA 15225 | PITTSBURGH PA 15251-7671 | 301 GRANT STREET |
| | | PITTSBURGH PA 15219 |

**EXHIBIT A SERVICE LIST**
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

**DEBTOR: SEEGRID CORPORATION**  **CASE NO: 14-12391 (BLS)**

| | | |
|---|---|---|
| **Via Overnight Mail**<br>Creditor ID: 338-25<br>BUTLER TECHNOLOGIES<br>LEGAL/CFO<br>231 WEST WAYNE ST.<br>BUTLER PA 16001 | **Via Overnight Mail**<br>Creditor ID: 339-25<br>C&S CHARITIES<br>LEGAL/CFO<br>7 CORPORATE DRIVE<br>KEENE NH 03431 | **Via Overnight Mail**<br>Creditor ID: 340-98<br>CABLE MANUFACTURING & ASSEMBLY INC<br>LEGAL/CFO<br>1538 ARONA ROAD<br>IRWIN PA 15642 |
| **Via Overnight Mail**<br>Creditor ID: 341-25<br>CAL TEC LABS INC<br>LEGAL/CFO<br>501 MANSFIELD AVE.<br>PITTSBURGH PA 15205 | **Via U.S. Express Mail**<br>Creditor ID: 342-25<br>CDW DIRECT,LLC<br>LEGAL/CFO<br>PO BOX 75723<br>CHICAGO IL 60675-5723 | **Via U.S. Express Mail**<br>Creditor ID: 343-25<br>CENTURYLINK<br>LEGAL/CFO<br>PO BOX 1319<br>CHARLOTTE NC 28201-1319 |
| **Via U.S. Express Mail**<br>Creditor ID: 344-25<br>CINTAS<br>LEGAL/CFO<br>PO BOX 636525<br>CINCINNATI OH 45263 | **Via Overnight Mail**<br>Creditor ID: 345-25<br>CLARION SAFETY SYSTEMS, LLC<br>LEGAL/CFO<br>190 OLD MILFORD ROAD<br>PO BOX 1174<br>MILFORD PA 18337 | **Via Overnight Mail**<br>Creditor ID: 346-25<br>CLARK DYNAMIC TEST LABORATORY<br>LEGAL/CFO<br>1801 ROUTE 51 S<br>JEFFERSON HILLS PA 15025 |
| **Via Overnight Mail**<br>Creditor ID: 347-98<br>CLARK METAL PRODUCTS<br>LEGAL/CFO<br>100 SERELL DRIVE<br>BLAIRSVILLE PA 15717 | **Via Overnight Mail**<br>Creditor ID: 348-25<br>COLLIGAN TOOL SALES, INC.<br>LEGAL/CFO<br>37 MCMURRAY RD., SUITE 201<br>PITTSBURGH PA 15241 | **Via Overnight Mail**<br>Creditor ID: 349-25<br>CORPORATE AIR<br>LEGAL/CFO<br>ONE OXFORD CENTRE, SUITE 2500<br>301 GRANT STREET<br>PITTSBURGH PA 15219 |
| **Via Overnight Mail**<br>Creditor ID: 350-98<br>CREPS UNITED PUBLICATIONS, LP<br>LEGAL/CFO<br>1163 WATER STREET<br>PO BOX 746<br>INDIANA PA 15701 | **Via Overnight Mail**<br>Creditor ID: 351-25<br>CRMFUSION INC.<br>LEGAL/CFO<br>52 CHARTWELL CRES.<br>KESWICK ON L4P 3N8<br>CANADA | **Via Overnight Mail**<br>Creditor ID: 352-25<br>CROWN LIFT TRUCKS<br>LEGAL/CFO<br>300 WESTEC DRIVE<br>MOUNT PLEASANT PA 15666 |
| **Via Overnight Mail**<br>Creditor ID: 353-25<br>CURBELL PLASTICS<br>LEGAL/CFO<br>14746 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | **Via Overnight Mail**<br>Creditor ID: 354-25<br>CUSTOM MFG &IND SERVICES LLC<br>LEGAL/CFO<br>4821 HARRISON STREET<br>PITTSBURGH PA 15201 | **Via Overnight Mail**<br>Creditor ID: 356-25<br>DAWAR TECHNOLOGIES<br>LEGAL/CFO<br>1016 M. LINCOLN AVENUE<br>PITTSBURGH PA 15233 |

Case 14-12391-BLS   Doc 232   Filed 12/16/14   Page 5 of 20

EXHIBIT A SERVICE LIST
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

Page 3 of 9

**DEBTOR: SEEGRID CORPORATION**                    **CASE NO: 14-12391 (BLS)**

**Via U.S. Express Mail**
Creditor ID: 357-25
DE LAGE LANDEN
LEGAL/CFO
PO BOX 41620
PHILADELPHIA PA 19101-1602

**Via Overnight Mail**
Creditor ID: 358-25
DIAMOND TECHNOLOGIES INC.
LEGAL/CFO
6 CLOCK TOWER PLACE, #100
MAYNARD MA 01754

**Via Overnight Mail**
Creditor ID: 359-25
ECHO
LEGAL/CFO
THREE GATEWAY CENTER, FLOOR 14 WEST
PITTSBURGH PA 15222

**Via U.S. Express Mail**
Creditor ID: 360-25
ECKERT SEAMANS CHERIN & MELLOTT LLC
LEGAL/CFO
PO BOX 643187
PITTSBURGH PA 15264-3187

**Via Overnight Mail**
Creditor ID: 361-25
EH PUBLISHING
LEGAL/CFO
11 SPEEN STREET, SUITE 200
PO BOX 989
FRAMINGHAM MA 01701-2000

**Via Overnight Mail**
Creditor ID: 362-25
ELECTRO RENT CORPORATION
LEGAL/CFO
6060 SEPULVEDA BOULEVARD
VAN NUYS CA 91411

**Via Overnight Mail**
Creditor ID: 364-25
EQUITY REAL ESTATE
LEGAL/CFO
2029 MURRAY AVENUE
PITTSBURGH PA 15217

**Via Overnight Mail**
Creditor ID: 365-25
EUROEXPO MESSE-UND KONGRESS GMBH
LEGAL/CFO
80807 MUNCHEN DEUTSCHLAND POSTANSCHRIFT
MUCHEN  80912
GERMANY

**Via Overnight Mail**
Creditor ID: 366-25
FABCO MANUFACTURING, INC.
LEGAL/CFO
14 BONAZZOLI AVENUE
PO BOX 340
HUDSON MA 01749

**Via U.S. Express Mail**
Creditor ID: 367-25
FASTENAL
LEGAL/CFO
PO BOX 978
WINONA MN 55987-0978

**Via Overnight Mail**
Creditor ID: 368-25
FEDCO MANUFACTURING INC
LEGAL/CFO
11585 ROUTE 993
LARIMER PA 15647

**Via Overnight Mail**
Creditor ID: 369-25
FREDERIC W. COOK & CO., INC.
LEGAL/CFO
90 PARK AVENUE
NEW YORK NY 10016

**Via Overnight Mail**
Creditor ID: 370-98
GALIL MOTION CONTROL, INC.
LEGAL/CFO
270 TECHNOLOGY WAY
ROCKLIN CA 95765

**Via Overnight Mail**
Creditor ID: 371-25
GERAER BATTERIEDIENST GMBH
LEGAL/CFO
LEINBNIZSTRASSE 86
GERA  07548
GERMANY

**Via Overnight Mail**
Creditor ID: 372-25
GEROME MFG
LEGAL/CFO
80 LAUREL VIEW DRIVE
SMITHFIELD PA 15478

**Via Overnight Mail**
Creditor ID: 373-25
GIANT EAGLE INC.
LEGAL/CFO
101 KAPPA DRIVE
PITTSBURGH PA 15238

**Via U.S. Express Mail**
Creditor ID: 374-25
GLOBAL INDUSTRIAL
LEGAL/CFO
PO BOX 905713
CHARLOTTE NC 28290-5713

**Via Overnight Mail**
Creditor ID: 375-25
GLOVIA SERVICES, INC.
LEGAL/CFO
2250 E. IMPERIAL HIGHWAY, SUITE 200
EL SEGUNDO CA 90245

**EXHIBIT A SERVICE LIST**
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

**DEBTOR: SEEGRID CORPORATION**                                      **CASE NO: 14-12391 (BLS)**

| | | |
|---|---|---|
| **Via Overnight Mail**<br>Creditor ID: 376-25<br>GNB INDUSTRIAL POWER<br>LEGAL/CFO<br>A DIVISION OF EXIDE TECHNOLOGIES<br>WELLS FARGO PO BOX 933479<br>ATLANTA GA 31193-3479 | **Via Overnight Mail**<br>Creditor ID: 377-25<br>GRAINGER, INC.<br>DEPARTMENT 870608064<br>PALATINE IL 60038-0001 | **Via Overnight Mail**<br>Creditor ID: 378-25<br>H&K EQUIPMENT, INC.<br>LEGAL/CFO<br>4200 CASTEEL DRIVE<br>CORAOPOLIS PA 15108 |
| **Via Overnight Mail**<br>Creditor ID: 379-25<br>HAMPTON MECHANICAL, INC.<br>LEGAL/CFO<br>4720 HIGHPOINT DRIVE<br>GIBSONIA PA 15044 | **Via Overnight Mail**<br>Creditor ID: 380-25<br>HANNOVER FAIRS USA, INC<br>LEGAL/CFO<br>8755 W. HIGGINS RD., SUITE 900<br>CHICAGO IL 60631 | **Via Overnight Mail**<br>Creditor ID: 381-25<br>HDS MARKETING<br>LEGAL/CFO<br>112 TECHNOLOGY DRIVE, SUITE 201<br>PITTSBURGH PA 15275 |
| **Via U.S. Express Mail**<br>Creditor ID: 382-25<br>HEILIND ELECTRONICS<br>LEGAL/CFO<br>PO BOX 99682<br>CHICAGO IL 60696 | **Via Overnight Mail**<br>Creditor ID: 383-25<br>HERC MANAGEMENT SERVICES, LLC.<br>LEGAL/CFO<br>101 S FT LAUDERDALE BEACH BLVD<br>STE 2203<br>FORT LAUDERDALE FL 33316 | **Via Overnight Mail**<br>Creditor ID: 384-25<br>IMAGE 360 - PITTSBURGH WEST<br>LEGAL/CFO<br>18 W. STEUBEN ST.<br>PITTSBURGH PA 15205 |
| **Via Overnight Mail**<br>Creditor ID: 385-98<br>INDUSTRIAL CONTROL SPECIALISTS LTD.<br>LEGAL/CFO<br>8 DELTA DRIVE<br>LONDONDERRY NH 03053-2349 | **Via U.S. Express Mail**<br>Creditor ID: 386-25<br>IPFS CORPORATION<br>LEGAL/CFO<br>PO BOX 905849<br>CHARLOTTE NC 28290 | **Via Overnight Mail**<br>Creditor ID: 387-25<br>ITUNER NETWORKS CO.<br>LEGAL/CFO<br>47801 FREMONT BOULEVARD<br>FREMONT CA 94538 |
| **Via Overnight Mail**<br>Creditor ID: 388-25<br>JAMES KANE<br>220 CYPRESS AVE #150<br>SOUTH SAN FRANCISCO CA 94080 | **Via U.S. Express Mail**<br>Creditor ID: 389-25<br>JEKA USA SERVICES, INC<br>LEGAL/CFO<br>PO BOX 18887<br>LONG BEACH CA 90831 | **Via Overnight Mail**<br>Creditor ID: 390-25<br>JENATZY TECHNOLOGY INC<br>LEGAL/CFO<br>22 INDUSTRIAL DRIVE<br>EXETER NH 03833 |
| **Via U.S. Express Mail**<br>Creditor ID: 391-25<br>JP ENTERPRISES<br>LEGAL/CFO<br>PO BOX 513<br>LAWRENCE PA 15055 | **Via Overnight Mail**<br>Creditor ID: 393-25<br>KAUFFMAN ENGINEERING INC<br>LEGAL/CFO<br>701 RANSDELL ROAD<br>LEBANON IN 46052-2385 | **Via Overnight Mail**<br>Creditor ID: 394-25<br>KEYSTONE COMPLIANCE LLC<br>LEGAL/CFO<br>131 N. COLUMBUS INNERBELT<br>NEW CASTLE PA 16101 |

**EXHIBIT A SERVICE LIST**
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

Page 5 of 9

**DEBTOR: SEEGRID CORPORATION**  **CASE NO: 14-12391 (BLS)**

| **Via U.S. Express Mail** | **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 395-25<br>KFORCE INC<br>LEGAL/CFO<br>PO BOX 277997<br>ATLANTA GA 30384-7997 | Creditor ID: 396-25<br>KIKAIYA<br>LEGAL/CFO<br>350 THIRD STREET, #711<br>CAMBRIDGE MA 02142 | Creditor ID: 397-25<br>KIMCO DISTRIBUTING<br>LEGAL/CFO<br>7150 HART STREET<br>MENTOR OH 44060 |
| **Via U.S. Express Mail**<br>Creditor ID: 399-25<br>LARCO/ATEK PRODUCT<br>LEGAL/CFO<br>PO BOX 547<br>BRAINERD MN 56401 | **Via U.S. Express Mail**<br>Creditor ID: 398-25<br>L-COM<br>LEGAL/CFO<br>PO BOX 55758<br>BOSTON MA 02205 | **Via Overnight Mail**<br>Creditor ID: 400-98<br>LINDE MATERIAL HANDLING GMBH<br>CARL-VON-LINDE-PLATZ<br>ASCHAFFENBURG D-63743<br>GERMANY |
| **Via Overnight Mail**<br>Creditor ID: 401-25<br>LOCKHART TIRE<br>LEGAL/CFO<br>507 LOCKHART STREET<br>PITTSBURGH PA 15212 | **Via Overnight Mail**<br>Creditor ID: 402-25<br>M2 TECHNOLOGIES<br>LEGAL/CFO<br>20 TARA BOULEVARD, SUITE 420<br>NASHUA NH 03062 | **Via Overnight Mail**<br>Creditor ID: 403-98<br>MACDIARMID MACHINE CORP<br>LEGAL/CFO<br>7 PERRY WAY<br>NEWBURYPORT MA 01950 |
| **Via Overnight Mail**<br>Creditor ID: 404-25<br>MANUFACTURER'S NEWS INC<br>LEGAL/CFO<br>1633 CENTRAL ST<br>EVANSTON IL 60201 | **Via Overnight Mail**<br>Creditor ID: 405-25<br>MARK FAURIE, LLC<br>LEGAL/CFO<br>4004 FREDRICKSBURG COURT<br>EXPORT PA 15632 | **Via Overnight Mail**<br>Creditor ID: 406-25<br>MARYLAND METRICS<br>LEGAL/CFO<br>6119 OAKLEAF AVENUE<br>BALTIMORE MD 21215 |
| **Via Overnight Mail**<br>Creditor ID: 407-25<br>MATRIC LTD<br>LEGAL/CFO<br>2099 HILL CITY ROAD<br>SENECA PA 16346 | **Via U.S. Express Mail**<br>Creditor ID: 408-25<br>MCMASTER-CARR SUPPLY CO.<br>LEGAL/CFO<br>PO BOX 7690<br>CHICAGO IL 60680-7690 | **Via Overnight Mail**<br>Creditor ID: 409-25<br>MERIT ELECTRICAL GROUP, INC<br>LEGAL/CFO<br>204 PENNSYLVANIA AVENUE<br>OAKMONT PA 15139 |
| **Via Overnight Mail**<br>Creditor ID: 410-25<br>MERRILL COMMUNICATIONS LLC<br>LEGAL/CFO<br>CM-9638<br>ST. PAUL MN 55170-9638 | **Via Overnight Mail**<br>Creditor ID: 411-25<br>MHIA<br>ATTENTION PROMAT 2011 SEMINAR<br>8720 RED OAK BOULEVARD, SUITE 201<br>CHARLOTTE NC 28217 | **Via Overnight Mail**<br>Creditor ID: 4-01<br>MITCHELL WEISS<br>523 BROOK STREET<br>CARLISLE MA 01741 |

**EXHIBIT A SERVICE LIST**
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

**DEBTOR: SEEGRID CORPORATION**                                        **CASE NO: 14-12391 (BLS)**

| | | |
|---|---|---|
| **Via U.S. Express Mail**<br>Creditor ID: 413-25<br>MOUSER ELECTRONICS<br>LEGAL/CFO<br>PO BOX 99319<br>FORT WORTH TX 76199-0319 | **Via Overnight Mail**<br>Creditor ID: 414-25<br>NATIONALGRID ELECTRICAL PROCESSING<br>LEGAL/CFO<br>ELECTRICAL PROCESSING CENTER<br>PO BOX 11737<br>NEWARK NJ 07101-4737 | **Via Overnight Mail**<br>Creditor ID: 415-25<br>NBO GROUP INC<br>LEGAL/CFO<br>10440 PIONEER BOULEVARD, #6B<br>SANTA FE SPRINGS CA 90670 |
| **Via Overnight Mail**<br>Creditor ID: 416-25<br>NEEDHAM & COMPANY, LLC<br>PRINCIPAL ACTING CFO<br>445 PARK AVENUE<br>NEW YORK NY 10022 | **Via U.S. Express Mail**<br>Creditor ID: 417-25<br>NEWARK<br>LEGAL/CFO<br>PO BOX 94151<br>PALATINE IL 60094-4151 | **Via Overnight Mail**<br>Creditor ID: 418-25<br>NEWEGG.COM<br>LEGAL/CFO<br>9997 ROSE HILLS ROAD<br>WHITTIER CA 90601 |
| **Via U.S. Express Mail**<br>Creditor ID: 419-25<br>NITCO<br>LEGAL/CFO<br>PO BOX 845534<br>BOSTON MA 02284-5534 | **Via Overnight Mail**<br>Creditor ID: 420-25<br>NORTHEAST ELECTRICAL DISTRIBUTORS<br>LEGAL/CFO<br>560 OAK STREET<br>CANTON MA 02021 | **Via Overnight Mail**<br>Creditor ID: 421-25<br>OMRON ELECTRONICS LLC<br>DEPARTMENT CH 19736<br>PALATINE IL 60055-9736 |
| **Via Overnight Mail**<br>Creditor ID: 422-97<br>ONELLO & MELLO LLP<br>LEGAL/CFO<br>THREE BURLINGTON WOODS DRIVE<br>SUITE 203<br>BURLINGTON MA 01803 | **Via Overnight Mail**<br>Creditor ID: 423-25<br>ORCHID TECHNOLOGIES ENG & CONSULTING<br>LEGAL/CFO<br>147 MAIN STREET<br>CONCORD MA 01742 | **Via Overnight Mail**<br>Creditor ID: 424-25<br>OXFORD SOLUTIONS<br>LEGAL/CFO<br>9576 PERRY HIGHWAY, SUITE 300<br>PITTSBURGH PA 15237 |
| **Via Overnight Mail**<br>Creditor ID: 425-25<br>PENNWEST INDUSTRIAL TRUCKS, LLC<br>LEGAL/CFO<br>168 WESTEC DRIVE<br>MOUNT PLEASANT PA 15666 | **Via Overnight Mail**<br>Creditor ID: 426-25<br>PENTON MEDIA, INC.<br>LEGAL/CFO<br>24652 NETWORK PLACE<br>CHICAGO IL 60673 | **Via U.S. Express Mail**<br>Creditor ID: 427-25<br>PEOPLES NATURAL GAS<br>LEGAL/CFO<br>PO BOX 644760<br>PITTSBURGH PA 15264-4760 |
| **Via Overnight Mail**<br>Creditor ID: 428-25<br>PEPPER HAMILTON LLP<br>LEGAL/CFO<br>500 GRANT STREET, SUITE 5000<br>PITTSBURGH PA 15219 | **Via Overnight Mail**<br>Creditor ID: 429-25<br>PITTSBURGH PACKAGING SUPPLY CO.<br>LEGAL/CFO<br>2906 NATIONWIDE PARKWAY<br>BRUNSWICK OH 44212 | **Via Overnight Mail**<br>Creditor ID: 430-25<br>PITTSBURGH WATER COOLER SERVICE INC<br>LEGAL/CFO<br>1006 GLEN AVENUE<br>GLENSHAW PA 15116-0437 |

**EXHIBIT A SERVICE LIST**
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

| **DEBTOR: SEEGRID CORPORATION** | | **CASE NO: 14-12391 (BLS)** |
|---|---|---|
| **Via Overnight Mail**<br>Creditor ID: 431-25<br>PROMARK INDUSTRIES INC<br>LEGAL/CFO<br>45 CASEY ROAD<br>MCDONALD PA 15057 | **Via Overnight Mail**<br>Creditor ID: 432-25<br>PROTOTEK MANUFACTURING<br>LEGAL/CFO<br>244 BURNHAM INTERVALE ROAD<br>CONTOOCOOK NH 03229 | **Via Overnight Mail**<br>Creditor ID: 433-98<br>RAYMOND CORPORATION<br>LEGAL/CFO<br>20 SOUTH CANAL STREET<br>GREENE NY 13778-0130 |
| **Via U.S. Express Mail**<br>Creditor ID: 434-97<br>RIDC<br>LEGAL/CFO<br>PO BOX 3830<br>PITTSBURGH PA 15230 | **Via Overnight Mail**<br>Creditor ID: 435-25<br>ROBERT HALF ACCOUNT TEMPS<br>LEGAL/CFO<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | **Via Overnight Mail**<br>Creditor ID: 436-97<br>SALEM METAL FABRICATORS INC.<br>LEGAL/CFO<br>21 LONERGAN ROAD<br>MIDDLETON MA 01949-4597 |
| **Via Overnight Mail**<br>Creditor ID: 437-25<br>SCHALTBAU NORTH AMERICA<br>LEGAL/CFO<br>225 OSER AVENUE<br>HAUPPAUGE NY 11788 | **Via Overnight Mail**<br>Creditor ID: 438-98<br>SCHNEIDER DOWNS & CO., INC.<br>LEGAL/CFO<br>ONE PPG PLACE, SUITE 1700<br>PITTSBURGH PA 15222-5416 | **Via Overnight Mail**<br>Creditor ID: 439-90<br>SCREAMING EAGLE AIR, INC.<br>LEGAL/CFO<br>3511 SILVERSIDE ROAD, SUITE 105<br>WILMINGTON DE 19810 |
| **Via Overnight Mail**<br>Creditor ID: 440-25<br>SEKO WORLDWIDE<br>LEGAL/CFO<br>1100 NORTH ARLINGTON HEIGHTS RD<br>SUITE 600<br>ITASCA IL 60143 | **Via Overnight Mail**<br>Creditor ID: 441-25<br>SERLE DESIGN<br>LEGAL/CFO<br>7675 O'NEIL ROAD NE<br>SALEM OR 97303 | **Via U.S. Express Mail**<br>Creditor ID: 442-25<br>SEVCON INC.<br>LEGAL/CFO<br>PO BOX 845192<br>BOSTON MA 02284-5192 |
| **Via Overnight Mail**<br>Creditor ID: 444-25<br>SIR SPEEDY<br>LEGAL/CFO<br>4573 CAMPBELLS RUN ROAD<br>PITTSBURGH PA 15205 | **Via Overnight Mail**<br>Creditor ID: 445-97<br>SKYLINE DISPLAYS OF PITTSBURGH<br>LEGAL/CFO<br>56 SEXTON ROAD<br>MCKEES ROCKS PA 15136 | **Via U.S. Express Mail**<br>Creditor ID: 446-25<br>SMALLEY STEEL RING COMPANY<br>LEGAL/CFO<br>PO BOX 88663<br>CHICAGO IL 60680 |
| **Via Overnight Mail**<br>Creditor ID: 447-25<br>SOMERSET WELDING & STEEL<br>LEGAL/CFO<br>DBA J&J TRUCK EQUIPMENT<br>PO BOX 951609<br>CLEVELAND OH 44193 | **Via Overnight Mail**<br>Creditor ID: 448-25<br>SOUTHERN COMPUTER WAREHOUSE<br>LEGAL/CFO<br>1395 S. MARIETTA PARKWAY, SUITE 106<br>MARIETTA GA 30067 | **Via Overnight Mail**<br>Creditor ID: 449-25<br>SQUIRE, SANDERS & DEMPSEY (US) LLP<br>LEGAL/CFO<br>2000 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 |

**EXHIBIT A SERVICE LIST**
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

Page 8 of 9

**DEBTOR: SEEGRID CORPORATION**                                   **CASE NO: 14-12391 (BLS)**

| **Via Overnight Mail** | **Via U.S. Express Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 451-25 | Creditor ID: 453-97 | Creditor ID: 454-25 |
| STOCKWELL ELASTOMERICS | SUNBURST ELECTRONICS | SUNBURST EMS |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| 4749 TOLBUT STREET | PO BOX 3428 | 70 PLEASANT STREET |
| PHILADELPHIA PA 19136 | ERIE PA 16508 | WEST BRIDGEWATER MA 02379 |

| **Via Overnight Mail** | **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 455-25 | Creditor ID: 456-25 | Creditor ID: 457-25 |
| SUNEX INC. | SUPER BRIGHT LEDS, INC | SUPERIOR ENGINEERING INC |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| 3160 LIONSHEAD AVE., STE. B | 4400 EARTH CITY EXPRESSWAY | 5033 BELTON HIGHWAY |
| CARLSBAD CA 92010 | EARTH CITY MO 63045 | ANDERSON SC 29621 |

| **Via Overnight Mail** | **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 458-25 | Creditor ID: 459-25 | Creditor ID: 460-25 |
| TAOGLAS | TEAMLOG | TECHNICO INC |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| NO. 25 CHANGCHUN 6TH RD. | GERMANESTRASSE 30 | 766 N. RIVER ROAD |
| ZHONGLI CITY | ASCHAFFENBURG 63741 | WARREN OH 44483 |
| TAOYUAN CO. 320 | GERMANY | |
| TAIWAN | | |

| **Via Overnight Mail** | **Via Overnight Mail** | **Via U.S. Express Mail** |
|---|---|---|
| Creditor ID: 461-25 | Creditor ID: 462-25 | Creditor ID: 463-25 |
| THE VICTOR GROUP | THOMSON REUTERS | TIGERDIRECT.COM |
| LEGAL/CFO | LEGAL/CFO | C/O SYX SERVICES |
| DBA FRALO IND. | 17400 MEDINA ROAD, SUITE 850 | PO BOX 449001 |
| 1651 EAST 12TH STREET | MINNEAPOLIS MN 55447 | MIAMI FL 33144-9001 |
| ERIE PA 16511 | | |

| **Via Overnight Mail** | **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|---|
| Creditor ID: 464-25 | Creditor ID: 465-25 | Creditor ID: 466-25 |
| TRANSPERFECT TRANSLATIONS | TRANSPERFECT TRANSLATIONS INT, INC. | TTI, INC |
| ATTENTION: ACCOUNTS RECEIVABLE | ATTN: ACCOUNTS RECEIVABLE | LEGAL/CFO |
| THREE PARK AVENUE, 39TH FLOOR | THREE PARK AVENUE, 39TH FLOOR | CORPORATE PLAZA 2 |
| NEW YORK NY 10016 | NEW YORK NY 10016 | 6480 ROCKSIDE WOODS BLVD., STE #110 |
| | | INDEPENDENCE OH 44131 |

| **Via U.S. Express Mail** | **Via U.S. Express Mail** | **Via U.S. Express Mail** |
|---|---|---|
| Creditor ID: 467-25 | Creditor ID: 468-25 | Creditor ID: 469-97 |
| TTI, INC. | ULINE | UNICARRIERS AMERICAS CORP. |
| LEGAL/CFO | LEGAL/CFO | LEGAL/CFO |
| PO DRAWER 99111 | PO BOX 88741 | PO BOX 70700 |
| FORT WORTH TX 76199 | CHICAGO IL 60680-1741 | CHICAGO IL 60673-0700 |

**EXHIBIT A SERVICE LIST**
Disclosure Statement for Prepackaged Plan of Reorganization Solicitation
(Class 2-B - Other General Unsecured Claims)

Page 9 of 9

**DEBTOR: SEEGRID CORPORATION**  **CASE NO: 14-12391 (BLS)**

| | | |
|---|---|---|
| **Via U.S. Express Mail**<br>Creditor ID: 470-25<br>UPS<br>LEGAL/CFO<br>PO BOX 7247-0244<br>PHILADELPHIA PA 19170 | **Via U.S. Express Mail**<br>Creditor ID: 471-25<br>VERIZON<br>LEGAL/CFO<br>T-1<br>PO BOX 660720<br>DALLAS TX 75266-0720 | **Via U.S. Express Mail**<br>Creditor ID: 472-25<br>VERIZON BUSINESS<br>LEGAL/CFO<br>PO BOX 660794<br>DALLAS TX 75266-0794 |
| **Via U.S. Express Mail**<br>Creditor ID: 473-25<br>VERIZON WIRELESS<br>LEGAL/CFO<br>PO BOX 25505<br>LEHIGH VALLEY PA 18002-5505 | **Via Overnight Mail**<br>Creditor ID: 474-97<br>WAHILA CREATIVE<br>LEGAL/CFO<br>401 HASTINGS STREET, 2ND FLOOR<br>PITTSBURGH PA 15206 | **Via U.S. Express Mail**<br>Creditor ID: 475-25<br>WASTE MANAGEMENT<br>LEGAL/CFO<br>PO BOX 13648<br>PHILADELPHIA PA 19101-3648 |
| **Via Overnight Mail**<br>Creditor ID: 476-25<br>WESTERN RUBBER & SUPPLY<br>LEGAL/CFO<br>1575 GREENVILLE ROAD<br>LIVERMORE CA 94550 | **Via Overnight Mail**<br>Creditor ID: 477-25<br>YMH-TORRANCE<br>LEGAL/CFO<br>1495 HAWKETY DRIVE<br>PO BOX 460<br>HIAWATHA IA 52233 | **Via Overnight Mail**<br>Creditor ID: 478-25<br>ZOLA ASSOCIATES, LLC<br>LEGAL/CFO<br>4021 THICKET LANE<br>HARRISBURG PA 17110 |

Total:   153

EXHIBIT B
DOCUMENTS

SEE_AB



David Heilman
President
c/o Seegrid Corporation
216 Parkwest Drive
Pittsburgh, PA 15275

To: Parties Entitled to Vote on the Enclosed
    Prepackaged Plan of Reorganization for
    Seegrid Corporation

October 3, 2014

Dear Recipient:

Enclosed, you will find a Plan of Reorganization, Disclosure Statement and other important materials, including a Ballot, much of which Seegrid Corporation intends to file in the United States Bankruptcy Court in the next few weeks. **Seegrid encourages you to thoroughly review all enclosed materials.**

As described in the enclosed materials, Seegrid Corporation needs sufficient votes in favor of its proposed Plan of Reorganization in order to confirm its Plan and make the distributions set forth in the Plan. If you do not vote, there is a chance that the Plan may not be confirmed.

Currently, the Plan proposes that each holder of an Allowed Other General Unsecured Claim (which includes, among others, trade vendors and is designated as Class 2-B in the Plan) shall receive (i) Cash on the Effective Date equal to 50% of its Allowed Claim and (ii) a promissory note issued by Seegrid Sub in the principal amount of the remaining balance of its Allowed Claim. The promissory note shall be payable on the first anniversary of the Effective Date. In the alternative, each holder of an Other General Unsecured Claim may elect to receive 75% of such Allowed Claim on the Effective Date by electing to receive such treatment on the enclosed Ballot and returning it in accordance with the instructions. **In either event, Seegrid must receive sufficient votes accepting the Plan to provide such payments.**

Confirmation requires sufficient votes in favor of the Plan, as set forth in the enclosed materials. Seegrid Corporation cannot assure that unsecured creditors will receive any recovery on account of their claims if Seegrid does not receive sufficient votes ACCEPTING the Plan pursuant to the enclosed Ballot and instructions.

Sincerely,

*[signature]*

David Heilman
President of Seegrid Corporation

Enclosures.

SEEGRID
216 Parkwest Drive
Pittsburgh, PA 15275
+1.412.379.4500
www.seegrid.com

**IMPORTANT: A CHAPTER 11 CASE HAS NOT BEEN COMMENCED AS OF THE DATE OF DISTRIBUTION OF THIS BALLOT.  THIS BALLOT IS A PREPETITION SOLICITATION OF YOUR VOTE ON A PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE.  THE VOTING DEADLINE IS OCTOBER 17, 2014 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SEEGRID CORPORATION, | Case No. 14-_____-_____ |
| Debtor. | |

**BALLOT FOR ACCEPTING OR REJECTING PREPACKAGED
PLAN OF REORGANIZATION OF SEEGRID CORPORATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE
CLASS 2-B – Other General Unsecured Claims**

This is a ballot to vote to accept or reject Prepackaged Plan of Reorganization of Seegrid Corporation (the "Debtor") under Chapter 11 of the Bankruptcy Code (the "Plan").[1]  If you have a claim in more than one Class entitled to vote, you will receive additional ballot(s) on which to cast your vote.  If you have more than one claim in the same Class, you must vote all claims within that class the same way.

**PLEASE READ THIS ENTIRE BALLOT BEFORE COMPLETING.
PLEASE COMPLETE, DATE, AND SIGN THIS BALLOT AND RETURN IT TO THE BALLOTING AGENT (AS DEFINED BELOW) BY EITHER:
(I) ELECTRONIC MAIL TO SEEGRID@LOGANANDCO.COM; OR
(II) FACSIMILE TO 973-509-1131; OR
(III) IN THE ENCLOSED PREADDRESSED, POSTAGE PREPAID ENVELOPE TO
LOGAN & COMPANY, INC.
ATTN: SEEGRID BALLOTING DEPARTMENT
546 VALLEY ROAD, 2ND FLOOR
UPPER MONTCLAIR, NJ  07043**

**THIS BALLOT MUST BE ACTUALLY RECEIVED BY THE BALLOTING AGENT (AS DEFINED BELOW) ON OR BEFORE OCTOBER 17, 2014 AT 5:00 P.M., PREVAILING EASTERN TIME**

**PLEASE READ THE FOLLOWING AND THE ENCLOSED VOTING INSTRUCTIONS BEFORE COMPLETING YOUR BALLOT**

This Ballot is submitted to you to solicit your vote to accept the Plan, which is described in the disclosure statement in support of the Plan, dated October 3, 2014 (the "Disclosure Statement").  A copy of the Plan is attached as **Exhibit A** to the Disclosure Statement.  The Plan may be confirmed by the United States Bankruptcy Court for the District of Delaware and thereby made binding upon you.  The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan.  A copy of the Disclosure Statement is included with this Ballot.

---

[1] Capitalized terms not otherwise defined are defined in the Plan.

Please complete, sign and date this Ballot and return it to Logan & Company, Inc. (the "Balloting Agent") as indicated above. **If your Ballot is not ACTUALLY RECEIVED by 5:00 p.m., prevailing Eastern time, on October 17, 2014, it will not be counted.**

**By singing this Ballot, you make the following certifications:**

- "I have received or obtained a copy of the Disclosure Statement and the exhibits thereto, including the Plan."

- "I understand that, if this Ballot is validly executed and returned without checking a box to ACCEPT or REJECT, this Ballot will not be counted."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed herein."

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-third in amount and more than one-half in number of the allowed claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it and otherwise satisfies the requirements of Section 1129 of the Bankruptcy Code. **To have your vote count, you must complete and return this Ballot so that it is actually received by the Balloting Agent by 5:00 p.m. prevailing Eastern time on or before October 17, 2014. Unsigned Ballots will not be counted.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or interest or an admission by the Debtor of the validity of a claim or interest.

---

<u>HOW TO VOTE</u> (FOR FURTHER DETAIL, SEE ENCLOSED VOTING INSTRUCTIONS)

<u>REVIEW ITEM 1</u>. WHICH SETS OUT THE AMOUNT AND CLASSIFICATION OF YOUR CLAIM FOR VOTING PURPOSES.

<u>COMPLETE ITEM 2</u>. ANY BALLOT THAT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN WILL NOT BE COUNTED.

<u>COMPLETE ITEM 3</u>. ANY BALLOT THAT DOES NOT ELECT A TREATMENT WILL RECEIVE TREATMENT A.

<u>REVIEW ITEM 4.</u>

<u>SIGN THE BALLOT</u>. ONLY EXECUTED BALLOTS WILL BE COUNTED.

<u>RETURN THE BALLOT</u> BY ELECTRONIC MAIL, FACSIMILE, OR IN THE PRE-ADDRESSED, POSTAGE-PAID ENVELOPE. THE BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE BALLOTING AGENT BY OCTOBER 17, 2014 AT 5:00 P.M. (ET). LATE BALLOTS WILL NOT BE COUNTED

---

**IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF ANY ENCLOSED MATERIALS, PLEASE CONTACT THE DEBTOR'S COUNSEL AT 973-509-3190.**

# **BALLOT**

**Item 1: Voting Classification and Amount.** As of the record date of September 24, 2014 the undersigned is a holder of a Class 2-B Other General Unsecured Claims (as defined in the Plan) against the Debtor in the following amount for voting purposes:   $

**Item 2: Vote.** The undersigned votes the above listed Class 2-B Claim to (check one box):

☐ Accept the Plan            ☐ Reject the Plan

**Item 3: Election.** The undersigned elects the following treatment under the Plan (check one box):

Treatment A:

☐  Cash Distribution on the Effective Date equal to 50% of its Allowed Other General Unsecured Claim and a non-interest bearing promissory note issued by the Seegrid Sub in the principal amount of the remaining balance of its Allowed Other General Unsecured Claim.  The promissory note shall be payable on the first anniversary of the Effective Date.

Treatment B:

☐ Receive 75% of such Allowed Other General Unsecured Claim on the Effective Date

**Item 4: Acknowledgments and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided a copy of the Disclosure Statement, including all exhibits thereto.  The undersigned certifies that (i) it is the holder of the claim identified on this Ballot and (ii) it has full power and authority to vote to accept or reject the Plan.

Name of Creditor:_____

(Print or Type)

By:_____

(Signature of Creditor or Authorized Person)

Print Name of Signatory:_____

Title:_____

(If Applicable)

Street Address:_____

(City, State and Zip Code)

Telephone Number:_____

Social Security or Federal Tax I.D. No._____

Date Completed:_____

**VOTING INSTRUCTIONS FOR THE PREPACKAGED PLAN OF REORGANIZATION OF SEEGRID CORPORATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Prepackaged Plan of Reorganization of Seegrid Corporation (the "Debtor") Under Chapter 11 of the Bankruptcy Code (the "Plan") that is described in the Disclosure Statement for Prepackaged Plan of Reorganization of Seegrid Corporation Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Disclosure Statement"), a copy of which is also enclosed. All capitalized terms not defined in these instructions or in the Ballot are defined in the Plan or the Disclosure Statement, as the case may be.

PLEASE READ THESE VOTING INSTRUCTIONS, THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THE BALLOT. YOU SHOULD REVIEW THE PLAN AND DISCLOSURE STATEMENT BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING THE PLAN AND THE CLASSIFICATION AND TREATMENT OF YOUR CLAIM(S) UNDER THE PLAN. NEITHER THE DEBTOR, THE DEBTOR'S COUNSEL, NOR THE BALLOTING AGENT CAN GIVE YOU SUCH LEGAL ADVICE.

### Voting and Non-Voting Classes

As set forth in the Plan and Disclosure Statement:

Classes 3 and 4 (the "Non-Voting Classes") are unimpaired and therefore are not entitled to vote on the Plan.

Classes 1-A – First Priority Secured June 11 Noteholders, 1-B First Priority Secured Bridge Noteholders, 1-C Second Priority Secured Noteholders, 1-D Third Priority Secured Bridge Noteholders, 2-A Noteholder General Unsecured, and 2-B Other General Unsecured are impaired and will receive or retain property under the Plan, and therefore, are entitled to vote on the Plan (collectively, the "Voting Classes").

### Voting Procedures

The Debtor is providing Solicitation Packages containing, among other things, copies of the Plan, Disclosure Statement and Ballots to all record holders of claims entitled to vote in the Voting Classes as of September 24, 2014 (the "Record Date").

Ballots may be returned to Logan & Company, Inc. (the "Balloting Agent") by:

(I) ELECTRONIC MAIL TO SEEGRID@LOGANANDCO.COM; OR

(II) FACSIMILE TO 973-509-1131; OR

(III) IN THE ENCLOSED PREADDRESSED, POSTAGE PREPAID ENVELOPE TO:

LOGAN & COMPANY, INC.
ATTN: SEEGRID BALLOTING DEPARTMENT
546 VALLEY ROAD, 2ND FLOOR
UPPER MONTCLAIR, NJ  07043

If no return envelope for your Ballot has been provided with the Solicitation Package, please send your Ballot to the Balloting Agent at:

> LOGAN & COMPANY, INC.
> ATTN: SEEGRID BALLOTING DEPARTMENT
> 546 VALLEY ROAD, 2ND FLOOR
> UPPER MONTCLAIR, NJ  07043

<u>With respect to holders of claims in Voting Classes</u>:

Holders of claims in Voting Classes can vote by completing the Ballot, singing it and returning it to the Balloting Agent so that it is actually received by the Balloting Agent on or before October 17, 2014 at 5:00 p.m. (prevailing Eastern time) (the "<u>Voting Deadline</u>").

In order to be counted, your ballot must be actually received by the Voting Deadline.

The Ballot is not a letter of transmittal or a proof of claim and may not be used for any other purpose than to transmit your vote to accept or reject the Plan.

### Tabulation Procedures for All Voting Classes

Your claim or interest has been temporarily allowed solely for purposes of voting to accept or reject the Plan in accordance with the following Tabulation Rules to be presented to the Bankruptcy Court for approval:

(a) <u>Unless otherwise provided in these Tabulation Rules</u>, a claim will be deemed temporarily allowed for voting purposes only in an amount equal to the amount of such claim as set forth in the Debtor's books and records on the Record Date.

(b) If a holder of a claim identifies a claim amount in its Ballot that is less than the amount otherwise calculated in accordance with the Tabulation Rules, the claim will be temporarily allowed for voting purposes in the lesser amount identified on such Ballot.

The following additional procedures have also been approved by the Court to be utilized in tabulating the Ballots with respect to Ballots submitted by a holder of a claim or interest:

(a) Except to the extent the Debtor otherwise determines, in accordance with these Tabulation Procedures, or as permitted by the Court, any Ballots received after the Voting Deadline will not be accepted or counted by the Debtor in connection with the Debtor's request for confirmation of the Plan unless the Debtor extends the Voting Deadline.

(b) Any Ballot which is otherwise properly completed, executed, and timely returned that does not indicate an acceptance or rejection of the Plan will not be accepted or counted by the Balloting Agent in connection with the Debtor's request for confirmation of the Plan.

(c) Any Ballot that is returned indicating acceptance or rejection of the Plan, but which is unsigned will not be accepted or counted by the Balloting Agent in connection with the Debtor's request for confirmation of the Plan.

(d) Whenever a Claimholder casts more than one properly executed Ballot voting the same claim or interest prior to the Voting Deadline, only the last Ballot timely received will be deemed to reflect the voter's intent and will thus supersede any prior Ballots.

(e) If a Claimholder casts duplicative Ballots which are voted inconsistently and are received simultaneously by the Balloting Agent, those Ballots will not be accepted or counted by the Balloting Agent in connection with the Debtor's request for confirmation of the Plan.

(f) Each Claimholder shall be deemed to have voted the full amount of its claim or interest as set forth on the Ballot.

(g) Claimholders shall not split their vote within a claim; thus, each Claimholder shall vote its entire claim within a particular class either to accept or reject the Plan.

(h) Ballots partially rejecting and partially accepting the Plan will not be accepted or counted by the Balloting Agent in connection with the Debtor's request for confirmation of the Plan.

(i) The method of delivery of Ballots to the Balloting Agent is at the risk of each Claimholder, and such delivery will be deemed made only when the Ballot is actually received by the Balloting Agent.

(j) The Debtor expressly reserves the right to amend the terms of the Plan (subject to compliance with section 1127 of the Bankruptcy Code). If the Debtor makes material changes in the terms of the Plan, the Debtor will disseminate additional solicitation materials and extend the solicitation period, in each case to the extent required by law or further order of the Court.

(k) If a Ballot is signed by a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or other person acting in a fiduciary or representative capacity on behalf of a Claimholder, such person shall be required to indicate such capacity when signing and, at the Debtor's discretion, must submit proper evidence satisfactory to the Debtor to so act on behalf of the Claimholder.

(l) The Debtor, in its sole discretion, subject to contrary order of the Court, may waive any defect in any Ballot at any time, either before or after the close of voting, and without notice. Unless the Ballot being furnished is timely submitted on or prior to the Voting Deadline, the Debtor may, in its sole discretion, reject such Ballot as invalid and, therefore, not count it in connection with confirmation of the Plan.

(m) In the event a designation is requested under section 1126(e) of the Bankruptcy Code, any vote to accept or reject the Plan cast with respect to such claim will not be counted for purposes of determining whether the Plan has been accepted or rejected, unless the Court orders otherwise.

(n) Any Claimholder who has delivered a valid Ballot voting on the Plan may withdraw such vote prior to the Voting Deadline with the consent of the Debtor and in accordance with Bankruptcy Rule 3018(a).

(o) Subject to any contrary order of the Court, Ballots not proper in form will not be accepted or counted by the Balloting Agent in connection with the Debtor's request for confirmation of the Plan.

(p) Unless waived or as ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured within such time as the Debtor (or the Court) determines, and unless otherwise ordered by the Court, delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived.

(q) Neither the Debtor, nor any other person or entity, will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots nor will any of them incur any liabilities for failure to provide such notification. Unless otherwise directed by the Court, delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived. Ballots previously furnished (and as to which any irregularities have theretofore not been cured or waived) will not be counted.

(r) Subject to any contrary order of the Court, the Debtor reserves the right to waive any defects or irregularities or conditions of delivery as to any particular Ballot unless otherwise directed by the Court.

(s) For purposes of determining whether the numerosity and amount requirements of section 1126(c) of the Bankruptcy Code have been satisfied, the Balloting Agent will tabulate only those Ballots received prior to the Voting Deadline.

### **Questions**

If you have any questions regarding your Ballot or these Voting Instructions, please call **(973) 509-3190**.