# SIGN-IN SHEET

**CASE NAME:** SEEGRID CORPORATION  
**CASE NO.:** 14-12391  
**COURTROOM NO.:** 1 - JUDGE SHANNON  
**DATE:** DECEMBER 16, 2014

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tiara N. A. Patton | U.S. Dept. of Justice | United States Trustee |
| Len Nachbar | Morris Nichols | Debtor |
| Rob Dehney | " | " |
| Curtis Miller | " | " |
| Daniel Butz | " | " |
| Robert J. Stearn Jr. | Richards Layton + Finger | " |
| Marcos A. Ramos | " | " |
| Robert C. Maddox | " | " |
| Catherine Pastrikos | Bielli + Brown | " |
| John Goette | Nelson Foley / Reed Smith | The Nashel Group |
| Cory Falgowski | Reed Smith | Giant Eagle, Inc. |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
### Honorable Brendan L. Shannon

Calendar Date: 12/16/2014
Calendar Time: 12:00 PM ET

#1
2nd Revision 12/16/2014 06:09 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Seegrid Corporation | 14-12391 | Hearing | 6641979 | Patrick J. Neligan | 214-840-5300 | Neligan Foley LLP | Creditor, The Horbal Group / LIVE |
| | | Seegrid Corporation | 14-12391 | Hearing | 6636984 | Paul M. Singer | (412) 288-3114 | Reed Smith LLP | Creditor, Giant Eagle Inc. / LIVE |
| | | Seegrid Corporation | 14-12391 | Hearing | 6639106 | Luke A. Sizemore | (412) 288-3514 | Reed Smith LLP | Creditor, Giant Eagle Inc. / LIVE |