IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEEGRID CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-12391 (BLS)<br><br>**RE: D.I. \_\_\_\_** |

### ORDER EXCLUDING EVIDENCE PROFFERED BY THE
### HORBAL GROUP RELATED TO ENTERPRISE VALUATION

Upon the motion (the "Motion"),[2] of Seegrid Corporation ("Seegrid" or the "Debtor"), the debtor and debtor-in-possession herein, requesting entry of an order, pursuant to section 105(a) of the United States Code (the "Bankruptcy Code"), Rule 9017 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 401, 402, 403, and 702 of the Federal Rules of Evidence limiting the scope of evidence, including expert testimony and reports, proffered by or on behalf of HERC Management Services, LLC, Anthony Horbal ("Horbal"), Michael Horbal, Apryle Anne Horbal, Donna Anderson Horbal, Screaming Eagle Air, Inc. and Great American Health Plans, Inc. (collectively, the "Horbal Group") at the hearing (the "Confirmation Hearing") at which the Court will consider Seegrid's financing (D.I. 13) (the "DIP Financing Motion"), plan of reorganization (D.I. 10) (as amended, the "Plan"), disclosure statement (D.I. 11) (the "Disclosure Statement"), motion for approval of the solicitation, Plan and Disclosure Statement (D.I. 9) (the "Solicitation Motion"), and plan solicitation results (D.I. 12) (the "Voting Report"); and consideration of the Motion and the relief requested therein being

---

[1] The last four digits of the Debtor's tax payer identification number are: 1133. The Debtor's address is 216 Park West Drive, Pittsburgh, PA 15275.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The parties shall not engage in any discovery concerning enterprise valuation and the Horbal Group is precluded from introducing any evidence concerning the enterprise value of Seegrid at the Confirmation Hearing.

3. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: Wilmington, Delaware
December 18, 2014

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE