## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEEGRID CORPORATION,[1] | ) Case No. 14-12391 (BLS) |
| | ) |
| Debtor. | ) **Re: D.I. 210, 211, 264, 265, 266, 267** |
| | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF MOTIONS TO FILE UNDER SEAL
### AND FILING OF UNREDACTED OBJECTIONS

PLEASE TAKE NOTICE THAT, on December 9, 2014, Anthony Horbal, Michael Horbal, Apryle Anne Horbal, Donna Anderson Horbal, Screaming Eagle Air, Inc., Great American Health Plans, Inc., and HERC Management Services, LLC (collectively the "Horbal Group") filed the *Motion of the Horbal Group Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Del. Bankr. L.R. 9018-1 for an Order Authorizing the Filing Under Seal of Redacted Portions of the Horbal Group's Objection to Debtor's Motion In Limine to Exclude Evidence Related to Enterprise Valuation* [D.I. 211] (the "Motion to Seal In Limine Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court") in connection with the Horbal Group's objection to the above-captioned debtor's (the "Debtor") motion to exclude evidence relating to enterprise valuation at the Debtor's confirmation proceedings.  As set forth more fully therein, the Horbal Group filed the Motion to Seal In Limine Objection in order to seal information that the Debtor had identified as confidential and not subject to public disclosure.

PLEASE TAKE FURTHER NOTICE THAT, on December 30, 2014, the Horbal Group filed the *Motion of the Horbal Group Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Del. Bankr. L.R. 9018-1 for an Order Authorizing the Filing Under Seal of Redacted Portions of the*

---

[1] The last four digits of the Debtor's tax payer identification number are: 1133. The Debtor's address is 216 Park West Drive, Pittsburgh, PA 15275.

*Horbal Group's (a) Objection to Confirmation of the Debtor's Prepackaged Plan of Reorganization; (b) Objection to the Disclosure Statement for Prepackaged Plan of Reorganization of Seegrid Corporation Pursuant to Chapter 11 of the United States Bankruptcy Code and (c) Objection to the Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code (IV) Granting Liens and Superpriority Claims (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing* [D.I. 267] (the "Motion to Seal Confirmation Objections" and together with the Motion to Seal In Limine Objection, the "Motions to Seal") with the Court in connection with the Horbal Group's objections to the Debtor's proposed debtor in possession financing, disclosure statement, and proposed plan of reorganization.  As set forth more fully therein, the Horbal Group filed the Motion to Seal Confirmation Objections in order to seal information that the Debtor had identified as confidential and not subject to public disclosure.

PLEASE TAKE FURTHER NOTICE THAT, at a hearing before the Court on January 14, 2015, counsel to the Debtor confirmed that the Debtor was withdrawing its assertions of confidentiality with regard to the material subject of the Motions to Seal.

PLEASE TAKE FURTHER NOTICE THAT, as the Debtor has withdrawn its assertions of confidentiality, the Horbal Group hereby withdraws the Motions to Seal.

PLEASE TAKE FURTHER NOTICE THAT an unredacted copy of:  (i) *The Horbal Group's Objection to Debtor's Motion In Limine to Exclude Evidence Related to Enterprise Valuation* is attached hereto as Exhibit A; (ii) the *Horbal Group's Objection to Confirmation of*

*the Debtor's Prepackaged Plan of Reorganization* is attached hereto as <u>Exhibit B</u>; (iii) the

*Horbal Group's Objection to the Disclosure Statement for Prepackaged Plan of Reorganization*

*of Seegrid Corporation Pursuant to Chapter 11 of the United States Bankruptcy Code* is attached

hereto as <u>Exhibit C</u>; and (iv) the *Horbal Group's Objection to the Debtor's Motion for Entry of*

*Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing Pursuant*

*to Section 364 of the Bankruptcy Code (II) Authorizing the Use of Cash Collateral Pursuant to*

*Section 363 of the Bankruptcy Code (III) Granting Adequate Protection to the Prepetition*

*Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code (IV)*

*Granting Liens and Superpriority Claims (V) Modifying the Automatic Stay and (VI) Scheduling*

*a Final Hearing* is attached hereto as <u>Exhibit D</u>.

Dated: January 21, 2015
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Marcos A. Ramos (No. 4450)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Patrick J. Neligan, Jr.
Seymour Roberts, Jr.
NELIGAN FOLEY LLP
Republic Center
325 N. St. Paul Street, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

-and-

William A. Brewer III
Catherine Pastrikos
BICKEL & BREWER
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone:  (212) 489-1400
Facsimile:  (212) 489-2384

*Counsel to the Horbal Group*